MOWBRAY, Respondent, v. MOWBRAY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Grace T. Mowbray against Samuel H. ·Mow-

bray. B. Steinhardt, for appellant. L. H. Porter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.